UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | JUDGMENT IN A CRIMINAL CASE |
| vs ) | Case Number: CR-91-058-JLQ |
| JOHN EDWARD WARD ) | Mr. Charles Baechler |
| ) | Defendant's Attorney |

THE DEFENDANT pleaded guilty to count 5 and sentence was imposed on October 28, 1991.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT NUMBER |
|---|---|---|---|
| 47:605(e)(4) | Unauthorized Decryption of Satellite Cable Programming | March, 1988 | 5 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentence Reform Act of 1984.

The United States' motion to dismiss is granted as to count(s) 1 through 4.

It is ordered that the defendant shall pay a special assessment of $50.00, for count 5, which shall be due immediately.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's
Date of Birth:
Soc Sec Number:
Mailing Address:

JUSTIN L. QUACKENBUSH
United States District Judge

10/29/91
Date

Defendant: JOHN EDWARD W_RD  
Case Number: CR-91-058-JLQ  
Judgment - Page 2 of 4

## PROBATION

The defendant is hereby placed on probation for a term of 18 months.

While on probation, the defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

Defendant will serve 24 hours in jail and 59 days in home confinement. Defendant shall remain in his home from 9 p.m. through 6 a.m. Defendant shall remain in his home from 6 a.m. through 9 p.m. except for work, necessary dental and medical treatment, essential activities with his children, church and food shopping.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residency or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that *may be occasioned* by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

Defendant: JOHN EDWARD W___D
Case Number: CR-91-058-JLQ

Judgment - Page 3 of 4

## FINE

The defendant shall pay a fine of $900.  The fine includes any costs of incarceration and/or supervision.

The amount is the total of the fines imposed on individual counts, as follows:  $900 as to Count 5.

The court has determined that the defendant does not have the ability to pay interest.  IT IS ORDERED that:

the interest requirement is waived.

Payment is to be made in equal monthly installments over a period of 18 months.  The first payment is due on the date of this judgment.  Subsequent payments are due monthly thereafter in monthly installments of $50 per month.

If the fine is not paid, the court may sentence the defendant to any sentence which might have originally been imposed.  See 18 USC 3614.